

Westchester Office: 10 Bank Street, Suite 1120 | White Plains, NY 10606 | bsk.com
New York City Office: 600 Third Avenue, 22nd Floor | New York, NY 10016-1915

**SARA M. RICHMOND, ESQ.**
srichmond@bsk.com
806.7872
253.2384

February 11, 2022

<u>**VIA ELECTRONIC FILING**</u>

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

> Application granted. The conference previously scheduled for 4/7/2022 is adjourned to 4/20/2022 at 3:30 p.m. using the same dial-in instructions.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 11, 2022

Re: *K.S. v. Bedford Central School District*, 7:21-cv-11143-PMH

Dear Honorable Judge Halpern:

I am writing to request an adjournment of the initial conference in this matter currently scheduled for April 7, 2022 at 2:30 p.m. I will be out of the country during the week of April 4-April 11, 2022 and will be unable to participate on April 7, 2022. There have been no other requests for adjournments. I have consulted with opposing counsel, and he does not object to this request. We would also jointly request that the conference not be set for the week of March 28- April 1, 2022.

Thank you for consideration of this request.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Sara M. Richmond
Member

SMR/dd

cc: Counsel of Record

Attorneys At Law | A Professional Limited Liability Company