

> Application granted. The conference previously scheduled for 4/20/2022 is adjourned to 5/19/2022 at 3:30 p.m. using the same dial-in instructions.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 19, 2022

*Delivered Via ECF*

Hon. Philip M. Halpern
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

      Re: *K.A. v. Bedford Central School District*, No. 7:21-cv-11143

Dear Judge Halpern:

The parties in *K.A. v. Bedford Central School District*, No. 7:21-cv-11143, have agreed to a settlement and expect to have a fully executed settlement agreement at or shortly after Defendant's Board of Education meeting tomorrow night. Thus, Plaintiff requests that the initial conference, set for tomorrow, April 20, 2022, at 3:30 p.m. be adjourned with the expectation that Plaintiff will file a motion for dismissal shortly after the settlement agreement is executed.

Defendant previously requested, and Plaintiff did not oppose, the Court adjourn the initial conference due to a scheduling conflict. The Court granted that request.

Defendant agrees with Plaintiff's current request to adjourn the initial conference.

Thank you.

                        Sincerely,

                        William T. DeVinney
                        BRIGLIA HUNDLEY, P.C.

Cc: Sara Richmond (via ECF and email)