United States District Court
Southern District of New York

| | |
|---|---|
| **K.S.** individually and on behalf of **B.S.**,<br><br>   *Plaintiffs*,<br><br> v.<br><br>**Bedford Central School District**,<br><br>   *Defendant*. | Case No. 7:21-cv-11143-PM |

**Order**

This matter comes before the Court on Plaintiff K.S.'s consent motion to dismiss this case with prejudice. Having considered the motion, and for good cause shown, the motion is hereby granted.

IT IS HEREBY ORDERED that this case is dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own costs.

Any pending motions are dismissed as moot, and all conferences are cancelled.

Entered this  2nd  day of   May    , 2022

                             Hon. Philip M. Halpern